IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUKE GOODWIN,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　　　　Defendant. | 7:23CV5004<br><br>**ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE** |

　　　　This case is before the Court on the parties' Joint Motion to Dismiss with Prejudice signed by counsel for both parties. Filing 21. The parties state that they have reached an agreed compromise settlement of the case resolving all claims and/or causes of action. Filing 21 at 1. Therefore, they request that the Court dismiss with prejudice all claims and causes of action made by Plaintiff against Defendant. Filing 21 at 1. Accordingly,

　　　　IT IS ORDERED that the parties' Joint Motion to Dismiss with Prejudice signed by counsel for both parties, Filing 21, is accepted, and this case is dismissed with prejudice.

　　　　Dated this 14h day of November, 2024.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge